EMANUEL M. KLEIN, Respondent, *v.* ERICK L. LIDVALL et al., Composing the Firm of E. L. LIDVALL & COMPANY, Defendants, and WILLIAM A. HAUFF, Appellant.

*Klein* v. *Lidvall,* 135 App. Div. 915, affirmed.
(Argued December 14, 1911; decided January 9, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered December 14, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for goods alleged to have been sold and delivered and for money alleged to have been paid for the benefit of defendants.

. *Harold H. Bowman* for appellant.

*K. Richard Wallach, Herbert H. Maass* and *William Klein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.